UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: ) BK No.: 15-09538
Kathleen V. Padula )
) Chapter: 13
) Honorable Pamela S. Hollis
) Joliet
Debtor(s) )

**Order Granting Debtor's Motion to Modify Chapter 13 Plan to Cure the Default in Plan Payments Over the Remaining Duration of the Plan**

THIS CAUSE comes on the Debtor's motion, the Court being advised,

IT IS HEREBY ORDERED THAT:
1) The Debtor's Motion is granted;
2) The Debtor's existing default in plan payments through May 2017 is deferred to the end of the plan; and
3) Effective June 2017 the Debtor will pay to the trustee $750.00 monthly.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: July 07, 2017

**Prepared by:**

James J. Haller # 6226796
Counsel for Debtor
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188