**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No. 1:15-bk-09538 |
| KATHLEEN VIRGINIA PADULA | Chapter 13 |
| | Honorable Pamela S. Hollis |
| Debtor(s) | |

**NOTICE OF MOTION**

To:     *See attached service list*

**PLEASE TAKE NOTICE** that on **February 15, 2019 at 10:45 a.m.**, the undersigned will appear before the Honorable Pamela S. Hollis at the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, Illinois and will then and there present **MOTION TO MODIFY CHAPTER 13 PLAN AND SHORTEN NOTICE**, a copy of which is hereby served upon you.

**CERTIFICATE OF SERVICE**

I, Joseph Scott Davidson, hereby certify that I caused a copy of this notice and motion to be served, via electronic case filing to Glenn B. Stearns, Chapter 13 Trustee and via United States First Class Mail to all parties listed on the attached service list, on January 21, 2019 before the hour of 5:00 p.m. from the office located at 2500 South Highland Avenue, Suite 200, Lombard, Illinois 60148.

*/s/ Joseph Scott Davidson*

Joseph Scott Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

*Counsel for Kathleen Virginia Padula*

```
Label Matrix for local noticing          Nationstar Mortgage LLC                  U.S. Bankruptcy Court
0752-1                                    8950 Cypress Waters Blvd.                Eastern Division
Case 15-09538                             Coppell, TX 75019-4620                   219 S Dearborn
Northern District of Illinois                                                      7th Floor
Eastern Division                                                                   Chicago, IL 60604-1702
Mon Jan 21 15:30:59 CST 2019

American InfoSource LP as agent for       Convergence Receivables, LC              Crouse Law Office, PLLC
Presence Health                           c/o Five Lakes Agency, Inc.              Processing Office
PO Box 248838                             P.O. Box 80730                           4237 Salisbury Road, Bldg 4, Suite 400
Oklahoma City, OK  73124-8838             Rochester, MI 48308-0730                 Jacksonville, FL 32216-8029


Ditech Financial, LLC                     Equifax Information Services, LLC        Experian Information Solutions, Inc.
C/O MRLP, LLC                             1550 Peachtree Street NW                 475 Anton Boulevard
1 N. Dearborn, Suite 1200                 Atlanta, GA 30309-2468                   Costa Mesa, CA 92626-7037
Chicago, IL 60602-4337


Kendall County                            Kendall County Treasurer                 (p)NATIONSTAR MORTGAGE LLC
111 W Fox Road                            111 W. Fox Street, Room 114              PO BOX 619096
Yorkville, IL 60560-1621                  Yorkville, IL 60560-1621                 DALLAS TX 75261-9096


Nationstar Mortgage LLC                   Nationstar Mortgage LLC                  Pierce & Associates
c/o Manley, Deas & Kochalski, LLC         c/o Pierce & Associates                  1 North Dearborn
P.O. Box 165028                           1 N. Dearborn, Suite 1300                Ste 1300
Columbus, Ohio 43216-5028                 Chicago, IL 60602-4321                   Chicago, IL 60602-4373


The Clublands of Joliet HOA               Trans Union LLC                          US Bank Trust National Association as Truste
1400 Essington Road                       P.O. Box 2000                            c/o BSI Financial Services
Joliet, IL 60435-2886                     Chester, PA 19016-2000                   1425 Greenway Drive, Ste 400
                                                                                   Irving, TX 75038-2480


Zeh and Associates, P.C.                  Charles L. Magerski                      Glenn B Stearns
9300 West Court House Road, Suite 301     Sulaiman Law Group, LTD                  801 Warrenville Road
Manassas, VA 20110-1809                   900 Jorie Boulevard                      Suite 650
                                          Suite 150                                Lisle, IL 60532-4350
                                          Oak Brook, IL 60523-3810


Joseph S Davidson                         Kathleen Virginia Padula                 Patrick S Layng
Sulaiman Law Group, Ltd.                  1814 Northshire Drive                    Office of the U.S. Trustee, Region 11
2500 S. Highland Ave                      Plainfield, IL 60586-4124                219 S Dearborn St
Suite 200                                                                          Room 873
Lombard, IL 60148-7103                                                             Chicago, IL 60604-2027
```

           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Nationstar Mortgage                       (d)Nationstar Mortgage LLC               (d)Nationstar Mortgage, LLC
350 Highland Drive                        Attn: Bankruptcy                         Attn: Bankruptcy Department
Lewisville, TX 75067                      350 Highland Drive                       P.O. Box 619096
                                          Lewisville, TX 75067                     Dallas, Texas 75261-9741
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)DITECH FINANCIAL LLC          (u)NATIONSTAR MORTGAGE LLC          (u)US Bank Trust National Association as Trus

End of Label Matrix
Mailable recipients    23
Bypassed recipients     3
Total                  26

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In Re:

KATHLEEN VIRGINIA PADULA

Debtor(s)

Case No. 1:15-bk-09538

Chapter 13

Honorable Pamela S. Hollis

## MOTION TO MODIFY CHAPTER 13 PLAN AND SHORTEN NOTICE

KATHLEEN VIRGINIA PADULA ("Debtor"), through counsel, SULAIMAN LAW GROUP, LTD., pursuant to 11 U.S.C. §1329 moves this Court to Modify Chapter 13 Plan. In support thereof, Debtor states as follows:

1. On March 17, 2015, Debtor initiated a bankruptcy case in the Northern District of Illinois by filing a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. On May 15, 2015, an Order Confirming Plan was entered.

3. Debtor's confirmed plan provides, in pertinent part:

    *1. Initial plan term.* The debtor will pay to the trustee $300.00 monthly for 12 months [and $676.00 per month for 48 months] for total payments, during the initial plan term, of $36,048.00.

    *8. General unsecured claims (GUCs).* All allowed nonpriority unsecured claims, not specially classified, including unsecured deficiency claims under 11 U.S.C. § 506(a), shall be paid, pro rata, in full.

4. On July 7, 2017, Debtor's confirmed plan was modified.

5. Specifically, Debtor's monthly payment was increased to $750.00 monthly for the remainder of Debtor's plan term.

6. Recently, Debtor's vehicle required repairs.

7. Needing this vehicle to go to work, Debtor incurred unforeseen expense to have this repair work completed at expense of payments to Chapter 13 Trustee.

8. Debtor proposes deferring the $2,600.00 default, and paying to the trustee to $936.00 monthly for the remaining 14 months – beginning with the February 2019 payment.

9. Modifying Debtor's plan will not prejudice the general unsecured creditors, as they will be paid, in full, as provided for in Debtor's confirmed plan.

10. Finally, Debtor requests the notice requirement be shortened from 28 days to 25 days as Trustee's *continued* Motion to Dismiss for Failure to Make Plan Payments is set for February 15, 2019; therefore, both Debtor's Motion and Trustee's Motion will be presided over together.

**WHEREFORE**, Debtor respectfully requests this Court enter an Order Modifying Debtor's Chapter 13 Plan to defer the $2,600.00 default to the end of the plan term; to increase the Debtor's payment to the trustee to $936.00 for the remaining 14 months; and grant any other relief deemed appropriate and equitable.

Dated: January 21, 2019                    Respectfully submitted,

                                           */s/ Joseph Scott Davidson*

                                           Joseph Scott Davidson
                                           **SULAIMAN LAW GROUP, LTD.**
                                           2500 South Highland Avenue
                                           Suite 200
                                           Lombard, Illinois 60148
                                           +1 630-575-8181
                                           jdavidson@sulaimanlaw.com

                                           *Counsel for Kathleen Virginia Padula*